**Motion Granted; Vacated and Remanded and Memorandum Opinion filed January 24, 2013**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00495-CV

## C.A. WASHINGTON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE W.C.T.F., Appellant

### V.

## TAYLOR BROOKS AND EVAN MCANULTY, Appellees

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2009-82152**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 22, 2012.

On January 15, 2013, the parties filed a joint motion to set aside or vacate the judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed February 22, 2012, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

PER CURIAM


Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.